IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

DEYBI CARRILLO GONZALEZ,

Petitioner.

8:26-CV-664

ORDER

It appears to the Court that the petitioner in this case may have provided this Court with Forms EOIR-26 and EOIR-26A that he intended to provide to the Board of Immigration Appeals. It is not clear whether they are simply copies, or the petitioner mistakenly sent them to the Clerk of this Court instead of the Clerk of the Board of Immigration Appeals. Accordingly,[1]

IT IS ORDERED that the Clerk of the Court forward a copy of this order and a copy of filing 2 to the Clerk of the Board of Immigration Appeals at the following address:

Board of Immigration Appeals
Clerk's Office
5107 Leesburg Pike, Suite 2000
Falls Church, VA 22041

Dated this 29th day of October, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge

[1] A note to the petitioner: It is not clear whether the Board of Immigration Appeals will accept a forwarded filing, and the documents the Court received also contained a service address that is not the address reflected in the instructions for Form EOIR-26. The petitioner is advised, if he has not done so already, to *immediately* complete new copies of Forms EOIR-26 and EOIR-26A and send them to the address above.