IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

DEYBI CARRILLO GONZALEZ,

Petitioner.

8:26-CV-664

ORDER

The petitioner has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 that appears to be substantially the same as the petition he filed, and that the Court denied, in case no. 8:26-cv-583. Accordingly,

IT IS ORDERED:

1. The petitioner's motion for leave to proceed in forma pauperis (filing 2) is granted.

2. For the reasons stated in case no. 8:26-cv-583 filing 15, the petition for writ of habeas corpus is denied.

3. A separate judgment will be entered.

Dated this 29th day of October, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge